

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
#### JUDGMENT

City of Midland,                                    \* From the County Court at
Law No. 2 of Midland County,
Trial Court No. CC-14,397.

Vs. No. 11-13-00117-CV                    \* April 17, 2014

M.T.D. Environmental, L.L.P.,           \* Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Bailey, J., and McCall, sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is reversed in part, and judgment is rendered dismissing the claims made in this lawsuit by M.T.D. Environmental, L.L.P. under the Prompt Payment Act. We affirm as to the trial court's jurisdiction to hear M.T.D.'s claims under Chapter 271 of the Texas Local Government Code, and we remand that portion of this case to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against M.T.D. Environmental, L.L.P.